**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 26-10678** |
| **CROSBY MARINE TRANSPORTATION, LLC,** | § | |
| | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |
| | § | |
| **CROSBY TUGS, L.L.C., CROSBY DREDGING, LLC, CROSBY MARINE TRANSPORTATION, LLC, AND BERTUCCI CONTRACTING COMPANY, L.L.C.** | § | **ADV. PROC. NO. 26-1018** |
| | § | |
| **PLAINTIFFS** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **MEGED FUNDING GROUP A/K/A MEGED FUNDING GROUP CORP** | § | |
| **ALLIANCE ENERGY SERVICES, LLC** | § | |
| **ARENA OFFSHORE** | § | |
| **CANTRELLE SERVICES LLC** | § | |
| **CANTIUM LLC** | § | |
| **CAJUN INDUSTRIES LLC** | § | |
| **CHAMPAGNE ENERGY & ENVIRONMENTAL SOLUTIONS** | § | |
| **CHEVRON PRODUCTION CO.** | § | |
| **CURTIN MARITIME** | § | |
| **ECOSERV, LLC** | § | |
| **ECOSERV ENVIRONMENTAL SERVICES, LLC** | § | |
| **GAC NORTH AMERICA** | § | |
| **INGRAM MARINE GROUP** | § | |
| **JOHN W STONE OIL DISTRIBUTOR LLC** | § | |

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

**KENOSIS OPERATING COMPANY** §
**KEVIN GROS CONSULTING** §
**LOOP LLC** §
**LUHR CROSBY LLC** §
**MODERN AMERICAN RECYCLING** §
**MARSHLAND EQUIPMENT RENTALS** §
**MCDONOUGH MARINE SERVICE** §
**MORRISON OFFSHORE LLC** §
**PATRIOT MARINE SERVICES** §
**PORT OF IBERIA DISTRICT BOARD OF** §
**COMMISSIONERS** §
**ROSE CAY MARITIME LLC** §
**SABINE NECHES NAVIGATION** §
**DISTRICT** §
**SPACE EXPLORATION TECHNOLOGIES** §
**TALA ENVIRONMENTAL LLC** §
**THOM-SEA BOAT BUILDERS** §
**TK TOWING INC.** §
**TPC GROUP LLC** §
**TRITON DIVING SERVICES LLC** §
**T&T MARINE SALVAGE INC.** §
**VENTURE GLOBAL CALCASIEU PASS** §
**LLC** §
**WALTER OIL & GAS** §
**WHITE FLEET DRILLING** §
**HEEREMA MARINE CONTRACTORS** §
**NEDERLAND, S.E.** §
**AQUA CAPITAL LLC** §
**BREEZE FUNDING** §
**CELTIC ADVANCE** §
**EN OD CAPITAL** §
**ALO ADVANCE** §
**CEDAR ADVANCE LLC** §
**CLEARFUND SOLUTIONS, LLC** §
**COLDWATER CAPITAL, LLC** §
**COOPER INVESTMENTS, LLC** §
**DEPENDENCE PLATINUM** §
**FOREVER FUNDING LLC** §
**FREEDOM FUNDING LLC** §
**GALT FUNDING CO** §
**INSIGHT CAPITAL LLC** §
**LIBERTAS FUNDING, LLC** §
**MOBY CAPITAL, LLC D/B/A MOBYCAP** §
§

| | |
|---|---|
| **MYNT GOLD, LLC A/K/A MYNT ADVANCE** | § |
| **NOVAC EQUITIES LLC** | § |
| **ODK CAPITAL, LLC D/B/A ON DECK** | § |
| **ORACAP LLC** | § |
| **OVERTIME CAPITAL** | § |
| **PARKVIEW ADVANCE LLC** | § |
| **PINNACLE BUSINESS FUNDING LLC** | § |
| **RELIANCE FINANCIAL FL, LLC** | § |
| **ROCKET CAPITAL NY, LLC** | § |
| **SQ ADVANCE** | § |
| **SURGE FUNDING LLC** | § |
| **TRUE BUSINESS FUNDING LLC** | § |
| **WEB BANK C/O LIBERTAS FUNDING, LLC** | § |
| **WYNWOOD CAPITAL GROUP, LLC** | § |
| | § |
| **DEFENDANTS** | § |

**MEGED FUNDING GROUP CORP., DEPENDANCE PLATINUM FL, LLC AND RELIANCE FINANCIAL FL, LLC'S MOTION FOR SUMMARY JUDGMENT**

Defendants Meged Funding Group Corp. ("Meged"), Dependance Platinum FL, LLC ("Dependance"), and Reliance Financial FL, LLC ("Reliance" and collectively, "Defendants") move, pursuant to Federal Rule of Civil Procedure 56, made applicable by Federal Rule of Bankruptcy Procedure 7056, for entry of summary judgment dismissing the Plaintiffs' Adversary Complaint (Dkt. 1) and claims against them with prejudice, at Plaintiffs' sole cost.[2]

1. The instant Motion, Statement of Undisputed Material Facts (the "Statement"), Declaration of Moshe Ludmir (the "Ludmir Declaration"), the Declaration of Aryeh Miller (the "Miller Declaration"), and Memorandum in Support submitted herewith establish that no material fact dispute exists regarding the status of Defendants' transactions with Debtors as

[2] The instant Motion was inadvertently initially filed on May 15 under the bankruptcy case number at Dkt. 414. It is being refiled under the adversary case number.

"true sales" or to recharacterize those transactions as loans. Accordingly, Defendants are entitled to summary judgment as a matter of law.

2. In support of the instant Motion, Defendants offer the Statement, the Ludmir Declaration, the Miller Declaration, the Memorandum in Support, and the following exhibits:

**Exhibit 1** Standard Merchant Cash Advance Agreement dated April 22, 2025 between Meged and Crosby Dredging, LLC ($16,002,000.00 in receivables purchased).

**Exhibit 2** Standard Merchant Cash Advance Agreement dated April 22, 2025 between Meged and Crosby Dredging, LLC ($5,700,000.00 in receivables purchased).

**Exhibit 3** Standard Merchant Cash Advance Agreement dated May 12, 2025 between Meged and Crosby Dredging, LLC ($1,124,250.00 in receivables purchased).

**Exhibit 4** Sale of Future Receipts Agreement dated May 27, 2025 between Dependance and Crosby Dredging, Crosby Tugs, and Crosby Enterprises ($2,070,000.00 in receivables purchased).

**Exhibit 5** Sale of Future Receipts Agreement dated December 9, 2025 between Reliance and Crosby Dredging, Crosby Tugs, and Crosby Enterprises ($749,500.00 in receivables purchased).

**Exhibit 6** Meged UCC-1s

**Exhibit 7** Dependance UCC-1s

WHEREFORE, Defendants Meged Funding Group Corp., Dependance Platinum FL LLC, and Reliance Financial FL, LLC pray for entry of summary judgment dismissing the

Plaintiffs' Adversary Complaint (Dkt. 1) and claims against them with prejudice, at Plaintiffs' sole cost.

Dated: May 15, 2026

Respectfully submitted,

**STONE PIGMAN WALTHER WITTMANN L.L.C.**

By: *__/s/ Andrew D. Mendez__*

Andrew D. Mendez (La. Bar No. 26686)
Bryant S. York (La. Bar No. 34165)
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: amendez@stonepigman.com
byork@stonepigman.com

*Attorneys for Defendants Meged Funding Group, Dependance Platinum FL, LLC, and Reliance Financial FL, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Court by using the Court's CM/ECF system thereby serving all registered users in this matter.

*__/s/ Andrew D. Mendez__*