**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-10678 |
| | § | (JOINTLY ADMINISTERED) |
| CROSBY MARINE TRANSPORTATION, | § | |
| LLC, | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| DEBTORS.[1] | § | |

| | | |
|---|---|---|
| CROSBY TUGS, L.L.C., CROSBY DREDGING, | § | |
| LLC, CROSBY MARINE TRANSPORTATION, | § | |
| LLC, AND BERTUCCI CONTRACTING | § | |
| COMPANY, L.L.C., | § | ADV. NO. 26-1018 |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | |
| | § | |
| MEGED FUNDING GROUP A/K/A MEGED | § | |
| FUNDING GROUP CORP, | § | |
| ALLIANCE ENERGY SERVICES, LLC, | § | |
| ARENA OFFSHORE, | § | |
| CANTRELLE SERVICES LLC, | § | |
| CANTIUM LLC, | § | |
| CAJUN INDUSTRIES LLC, | § | |
| CHAMPAGNE ENERGY & ENVIRONMENTAL | § | |
| SOLUTIONS, | § | |
| CHEVRON PRODUCTION CO., | § | |
| CURTIN MARITIME, | § | |
| ECOSERV, LLC, | § | |
| ECOSERV ENVIRONMENTAL SERVICES, | § | |
| LLC, | § | |
| GAC NORTH AMERICA, | § | |
| INGRAM MARINE GROUP, | § | |
| JOHN W STONE OIL DISTRIBUTOR LLC, | § | |
| KENOSIS OPERATING COMPANY, | § | |
| KEVIN GROS CONSULTING, | § | |
| LOOP LLC, | § | |
| LUHR CROSBY LLC, | § | |
| MODERN AMERICAN RECYCLING, | § | |
| MARSHLAND EQUIPMENT RENTALS, | § | |

---

[1] The Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

MCDONOUGH MARINE SERVICE,                             §
MORRISON OFFSHORE LLC,                                §
PATRIOT MARINE SERVICES,                              §
PORT OF IBERIA DISTRICT BOARD OF                      §
COMMISSIONERS,                                        §
ROSE CAY MARITIME LLC,                                §
SABINE NECHES NAVIGATION DISTRICT,                    §
SPACE EXPLORATION TECHNOLOGIES,                       §
TALA ENVIRONMENTAL LLC,                               §
THOM-SEA BOAT BUILDERS,                               §
TK TOWING INC.,                                       §
TPC GROUP LLC,                                        §
TRITON DIVING SERVICES LLC,                           §
T&T MARINE SALVAGE INC.,                              §
VENTURE GLOBAL CALCASIEU PASS LLC,                    §
WALTER OIL & GAS,                                     §
WHITE FLEET DRILLING,                                 §
HEEREMA MARINE CONTRACTORS                            §
NEDERLAND, S.E.,                                      §
AQUA CAPITAL LLC.,                                    §
BREEZE FUNDING,                                       §
CELTIC ADVANCE,                                       §
EN OD CAPITAL,                                        §
ALO ADVANCE,                                          §
CEDAR ADVANCE LLC,                                    §
CLEARFUND SOLUTIONS, LLC,                             §
COLDWATER CAPITAL, LLC,                               §
COOPER INVESTMENTS, LLC,                              §
DEPENDENCE PLATINUM,                                  §
FOREVER FUNDING LLC,                                  §
FREEDOM FUNDING LLC,                                  §
GALT FUNDING CO,                                      §
INSIGHT CAPITAL LLC,                                  §
LIBERTAS FUNDING, LLC,                                §
MOBY CAPITAL LLC D/B/A MOBYCAP,                       §
MYNT GOLD, LLC A/K/A MYNT ADVANCE,                    §
NOVAC EQUITIES LLC,                                   §
ODK CAPITAL, LLC D/B/A ON DECK,                       §
ORACAP LLC,                                           §
OVERTIME CAPITAL,                                     §
PARKVIEW ADVANCE LLC,                                 §
PINNACLE BUSINESS FUNDING LLC,                        §
RELIANCE FINANCIAL FL, LLC,                           §
ROCKET CAPITAL NY, LLC.                               §
SQ ADVANCE,                                           §
SURGE FUNDING LLC,                                    §
TRUE BUSINESS FUNDING LLC,                            §
WEB BANK C/O LIBERTAS FUNDING LLC, &                  §
WYNWOOD CAPITAL GROUP, LLC,                           §
                                                      §
        DEFENDANTS.

2

**JUDGMENT**

Consistent with this Court's *Memorandum Opinion and Order* dated June 18, 2026, [ECF Doc. 333],

**IT IS ORDERED** that the Court **GRANTS IN PART** the *Debtor's Motion for Partial Summary Judgment Against MCA Defendants* (the "Motion"), [ECF Doc. 202], as to Counts I, III, and IV of the Complaint as against Wynwood Capital Group, LLC and **DENIES IN PART** the Motion as to Count II of the Complaint as against Wynwood Capital Group, LLC.

Balancing judicial administrative interests and the equities here, and thus finding no just reason for delay,

**IT IS FURTHER ORDERED** that the Court directs final judgment as to Wynwood Capital Group, LLC pursuant to Federal Rule of Civil Procedure 54(b), made applicable here by Federal Rule of Bankruptcy Procedure 7054.

New Orleans, Louisiana, June 18, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE